**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. 10-00127-CG** |
| **v.** | * | |
| | * | |
| **RUSSELL LOUIS TATUM, JR.** | * | |

**FINAL JUDGMENT OF FORFEITURE**

**WHEREAS**, on October 12, 2010, a jury found the defendant, **RUSSELL LOUIS TATUM, JR.**, guilty of conspiracy to possess with the intent to distribute cocaine and crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Counts One and Two of the indictment. The specific real property to be forfeitable as to the defendant is as follows:

**(1) Drug proceeds in the amount of $1,612.00 (one thousand six hundred twelve dollars and 00/100) in United States currency.**

**WHEREAS,** the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30 consecutive days starting October 30, 2010, on www.forfeiture.gov . A Proof of Publication was filed on November 29, 2010 (Doc. 44), specifying the details of this publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C. § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to the United States of America pursuant to Title 21, United States Code, Sections 841 and 853, and Federal Rule of Criminal Procedure 32.2(b), for

disposition according to law:

    **(1) Drug proceeds in the amount of $1,612.00 (one thousand six hundred twelve dollars and 00/100) in United States currency.**

    **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of the case for the purpose of enforcing this Order; and

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney D. Andrew Sigler.

    **DONE** and **ORDERED** this 14th day of January, 2011.

/s/  Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE